

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2016

No. 04-16-00554-CR

Joycelynn **DECHERT,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5850
Honorable N. Keith Williams, Judge Presiding

# O R D E R

This court ordered appellant to provide written proof to this court the reporter's and clerk's fees have been paid, arrangements have been made for payment of the fees, or appellant is entitled to an appeal without paying the fees. This court has received appellant's response providing written proof the reporter's and clerk's fees have been paid. Therefore, this court ORDERS Jan Davis to file the clerk's record no later than **December 12, 2016**. This court additionally ORDERS Dandy Middleton to file the reporter's record **December 12, 2016**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court